UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DAWN ROWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 3:15-CV-256-TAV-CCS |
| | ) |
| UNITED OF OMAHA LIFE INSURANCE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the memorandum opinion entered contemporaneously herewith, the Court **OVERRULES** defendant's objection to the R&R [Doc. 23]. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 22]. Plaintiff's Motion for Judgment on the ERISA Record [Doc. 16] is hereby **GRANTED in part**, and the defendants' Motion for Judgment on the Administrative Record [Doc. 14] is hereby **DENIED**. This case is hereby **REMANDED** to the plan administrator for a full and fair review of plaintiff's claim. The Clerk of Court is directed to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ Debra C. Poplin
CLERK OF COURT